December 30, 1982.

454 A.2d 177

Commonwealth v. Abernathy, Appellant.

 Submitted April 12, 1982. Daniel P. McDyer, for appellant; Donald E. Williams, District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

The judgment of sentence is affirmed.